■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON PADRO, Appellant. [17 NYS3d 641]—

Order, Supreme Court, New York County (Abraham Clott, J.), entered September 11, 2013, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court's assessment of 10 points under the acceptance of responsibility risk factor was supported by clear and convincing evidence. Any acceptance of responsibility for defendant's sex offense was extremely belated.

Defendant's challenge to the assessment of five points under the prior crimes risk factor is unpreserved, and is unavailing in any event. The record establishes that the prior conviction was for driving a special vehicle while impaired by alcohol, which constituted a misdemeanor (see Vehicle and Traffic Law § 1193 [1] [d]). Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.